IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AESHA AKA ESHA PATEL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　Defendant. | 8:25CV222<br><br>ORDER ON NOTICE OF VOLUNTARY DISMISSAL |

　　　　This case is before the Court on Plaintiff's Notice of Voluntary Dismissal, Filing 8, filed the same day as Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), Filing 6. Plaintiff states that the dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) is "[b]ecause of the court's recent decisions on similar cases." Filing 8 at 1. Accordingly,

　　　　IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal, Filing 8, is accepted, and Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), Filing 6, is denied as moot.

　　　　The Clerk of Court shall administratively close the case.

　　　　Dated this 24th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1